# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| LISA M. OSTERMAN,<br>MICHAEL G. OSTERMAN, and<br>DEBRA S. OSTERMAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>DANIELLE N. SMITH,<br><br>    Defendants,<br><br>and<br><br>BLESSING HOSPITAL,<br>a non-for-profit corporation and<br>HORIZON BLUE CROSS<br>BLUE SHIELD OF NEW JERSEY,<br><br>    Respondents. | No. 10-3220 |

## ORDER

A Report and Recommendation was entered by U.S. Magistrate Judge Byron G. Cudmore in the above cause on March 17, 2011. See d/e 19. More than fourteen (14) days have passed since entry of the Report and Recommendation and there have been no objections. See 28 U.S.C. § 636(b)(1). Thus, the Court accepts the Report and Recommendation. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

1

(1) The Report and Recommendation (d/e 19) is ACCEPTED by this Court;

(2) Respondent Blessing Hospital's Motion to Remand (d/e 14) is DENIED.

ENTERED: April 8, 2011

FOR THE COURT:

          s/Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE